**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:19-cr-00382-TWP-KMB |
| JOSE VERA, | ) ) | -01 |
| Defendant. | ) ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On August 11, 2025, the Magistrate Judge submitted his Report and Recommendation regarding the United States Probation Office's Petition for Warrant or Summons for Offender Under Supervision (Filing No. 64). The parties waived the fourteen-day period to object to the Report and Recommendation. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

**IT IS SO ORDERED.**

Date: 8/28/2025

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Joseph Martin Cleary
INDIANA FEDERAL COMMUNITY DEFENDERS
joe_cleary@fd.org

Jayson W. McGrath
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
jayson.mcgrath@usdoj.gov

Electronic notice to USPO

Electronic notice to USM-C